E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-02028-UA | Date | December 11, 2014 |
|---|---|---|---|
| Title | *Gloria Nicholson v. Maria Llamazares* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**   **(In Chambers) Order re:** Plaintiff's Motion to Remand [Dkt. No. 4]

On April 1, 2014, Plaintiff filed a Motion to Remand ("Motion"), asking the Court to remand this action to the Superior Court for Los Angeles County.  (See Dkt. No. 4.)  The Court previously entered an Order Summarily Remanding Improperly-Removed Action on March 25, 2014.  (See Dkt. No. 3.)  As the Court has already granted Plaintiff the relief requested in the Motion, we hereby DENY the Motion as moot.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |